IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-07-392-7 |
| | § | |
| | § | |
| OSCAR CRINER | § | |

**O R D E R**

Defendant Criner filed an unopposed motion for continuance, (Docket Entry No. 201).

The motion for continuance is GRANTED. The objection-filing deadline is extended to May 13, 2009. The sentencing hearing is reset to **May 26, 2009, at 9:30 a.m.**

SIGNED on April 9, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge